William A. TURNER, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76042.

Missouri Court of Appeals,
Western District.

May 27, 2014.

Frederick Ernst, Kansas City, MO, for appellant.

Robert J. Bartholomew Jr., Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

William A. Turner, Jr. appeals the denial of his Rule 29.15 motion which sought post-conviction relief from his conviction of first degree arson due to ineffective assistance of counsel. Finding no error, we affirm. Rule 84.16(b).